IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GABRIEL DORTCH,              ) | |
|      Plaintiff,              ) | |
|                              ) | |
| v.                           ) | CIVIL ACTION NO.: 10-00669-KD-M |
|                              ) | |
| BELLSOUTH TELECOMMUNICATIONS ) | |
| INC.,                        ) | |
|      Defendant.              ) | |

## JUDGMENT

In accordance with the Order issued on this date granting Defendant Bellsouth Telecommunications, Inc.'s motion for summary judgment (Doc. 21) and mooting the Defendant's motion for sanctions (Doc. 22) and Plaintiff's motion to dismiss (Doc. 24), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered against Plaintiff Gabriel Dortch and in favor of Defendant Bellsouth Telecommunications, Inc., and that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **28**th day of **November 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**